# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  15 B 03122 |
| WOLF COUSINS, LLC f/d/b/a | ) | Honorable Jacqueline P. Cox |
| WOLF PROPERTIES, LLC, | ) | |
| | ) | Motion Date:  September 30, 2015 |
| Debtor. | ) | Motion Time:  9:30 a.m. |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on September 30, 2015, at the hour of 9:30 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard by the Honorable Jacqueline P. Cox of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 680 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN & CHRISTIE LLP

## AFFIDAVIT OF SERVICE

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of Final Decree Order were served upon the parties who receive notice via CM/ECF filing and those who receive notice via First Class Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on September 23, 2015.

/s/*Beverly A. Berneman*
   Beverly A. Berneman

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

# SERVICE LIST

| | |
|---|---|
| Patrick S. Layng<br>United States Trustee<br>219 S. Dearborn, #873<br>Chicago, IL 60604<br>Via CM/ECF | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604<br>Via First Class Mail |
| James D. Newbold<br>Asst. Atty. General Revenue Litigation Bureau<br>Illinois Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, IL 60601<br>Via First Class Mail | Associate Area Counsel, SB/SE<br>200 West Adams Street<br>Suite 2300<br>Chicago, IL 60606<br>Via First Class Mail |
| Steven S. Spinell<br>Kinzie Real Estate Group<br>c/o Andrew J. Annes<br>Phillip N. Coover<br>Schenk Annes Tepper Campbell Ltd.<br>311 S. Wacker Dr., Ste. 2500<br>Chicago, IL 60606<br>Via CM/ECF | First Merchants Bank N.A., as successor-by-merger to Citizens Financial Bank<br>c/o Michael T. Benz<br>Gina M. Lavarda<br>Bryan E. Jacobson<br>CHAPMAN AND CUTLER LLP<br>111 W. Monroe St.<br>Chicago, IL 60603<br>Via CM/ECF |
| Citizens Financial Bank<br>c/o Chapman & Cutler LLP<br>111 W. Monroe St.<br>Chicago, IL 60603<br>Via First Class Mail | Citizens Financial Bank<br>1100 E. Joliet St.<br>Dyer, IN 46311<br>Via First Class Mail |
| Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Via First Class Mail | ERG<br>PO Box 2317<br>Bridgeview, IL 60455<br>Via First Class Mail |
| Elite Glass and Woodworks<br>9935 S. 76th Ave., Unit N<br>Bridgeview, IL 60455<br>Via First Class Mail | Hani Abdallah<br>6005 W. 157th St.<br>Oak Forest, IL 60452<br>Via First Class Mail |

Ghassan Abdallah
10854 Glenlake Dr.
Orland Park, IL 60467
Via First Class Mail

Lit Up Signs Inc.
8800 Timber Ct.
Tinley Park, IL 60487
Via First Class Mail

Ahmad Makhlouf
d/b/a True Cut
17841 S. Wolf Rd.
Orland Park, IL 60467
Via First Class Mail

Eduardo Padilla Agency LLC
c/o Eduardo Padilla
17839 S. Wolf Rd.
Orland Park, IL 60467
Via First Class Mail

PHP Homes, LLC Six
d/b/a Asian Touch Massage
c/o Peter Wang
17835 S. Wolf Rd.
Orland Park, IL 60467
Via First Class Mail

Ali Kutom
91 Silo Ridge Rd.
Orland Park, IL 60467
Via First Class Mail

Choon Yau
Man Zhi Baker
Khoi Minh Duong
d/b/a Magic Nails
17837 S. Wolf Rd.
Orland Park, IL 60467
Via First Class Mail

H-Tide, LLC
c/o Edith Chan
17849 S. Wolf Rd.
Orland Park, IL 60467
Via First Class Mail

Seven Kids, Inc.
d/b/a Don's Hot Dogs
c/o Anthony Barraca
Karen Barraca
17831 S. Wolf Rd.
Orland Park, IL 60467
Via First Class Mail

Wolf Cousins, LLC f/d/b/a
Wolf Properties, LLC
c/o Ghassan Abdallah
6005 W. 157th St.
Oak Forest, IL 60452
Via First Class Mail

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  15 B 03122 |
| WOLF COUSINS, LLC f/d/b/a | ) | Honorable Jacqueline P. Cox |
| WOLF PROPERTIES, LLC, | ) | |
| | ) | Motion Date:  September 30, 2015 |
| Debtor. | ) | Motion Time:  9:30 a.m. |

## MOTION FOR ENTRY OF A FINAL DECREE ORDER

Debtor, WOLF COUSINS, LLC f/d/b/a WOLF PROPERTIES, LLC ("Debtor"), by and through its attorneys, GOLAN & CHRISTIE LLP, moves this Court for entry of a final decree order and in support thereof states as follows:

1. On January 30, 2015, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On July 14, 2015, this Court entered an order approving Debtor's Amended Disclosure Statement **[Docket No. 89]**.

3. On September 1, 2015, this Court entered an order confirming Debtor's Amended Plan of Reorganization **[Docket No. 132]**, which provides for a distribution of 10% *pro rata* to unsecured creditors.

4. Debtor has made initial distributions under the Plan. Debtor has filed a report of distribution prior to the hearing on this motion **[Docket No. 138]**.

5. There are no further matters for this Court to administer.

WHEREFORE, Debtor, WOLF COUSINS, LLC f/d/b/a WOLF PROPERTIES, LLC, prays as follows:

A. That this Court enter a final decree order; and

B.  For such other and further relief as this Court deems just and proper.

WOLF COUSINS, LLC f/d/b/a
WOLF PROPERTIES, LLC,

/s/ *Beverly A. Berneman*
Beverly A. Berneman
One of its attorneys

Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Anthony J. D'Agostino (ARDC # 6299589)
Brianna L. Golan (ARDC # 6299871)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, IL 60602
(312) 263-2300