UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-03122 |
| | ) | |
| WOLF COUSINS, LLC f/d/b/a | ) | Chapter: 11 |
| WOLF PROPERTIES, LLC | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE ORDER

THIS CAUSE COMING ON TO BE HEARD on motion of WOLF COUSINS, LLC f/d/b/a WOLF PROPERTIES, LLC ("Debtor"), for entry of a final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On January 30, 2015, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code.

2. On July 14, 2015, this Court entered an order approving Debtor's Amended Disclosure Statement.

3. On September 1, 2015, this Court entered an order confirming Debtor's Amended Plan of Reorganization, which provides for a distribution of 10% pro rata to unsecured creditors.

4. Debtor has made initial distributions under the Plan. Debtor filed a report of distribution prior to the hearing on this motion.

5. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

The estate is closed.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: 9/30/15

United States Bankruptcy Judge

**Prepared by:**
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

Rev: 20130103_bko